UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH FRILANDO,                              :
                                               :
                      Plaintiff,        :      24-CV-8650 (DEH) (RWL)
                                               :
        - against -                          :
                                               :      **ORDER**
CITY OF NEW YORK,                              :
                                               :
                      Defendant.        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's motion to compel (captioned as "Plaintiff's Updated Status Report") at Dkt. 27 and Defendant's response at Dkt. 28. The motion is granted in part and denied in part. Defendant appears to conflate two different events: one being the formal written responses to Plaintiff's request for documents, the other being documents produced by Defendant. While in some instances both events may occur simultaneously, it is not uncommon to serve formal requests within the requisite 30-day period and to produce the documents at a later time due to time needed to collect, review, and produce the documents. Defendant has not offered any reason why it cannot timely provide its written responses. Doing so will enable the parties to address objections and related issues in advance, rather than unnecessarily deferring such discussion. Accordingly:

    1.    Defendant shall serve formal written responses to Plaintiff's document requests by **June 27, 2025**.

    2.    Plaintiff shall produce documents responsive to Plaintiff's document requests by **July 31, 2025**, the date requested by Defendant.

    3.    The parties shall meet and confer and cooperate in scheduling depositions.

4.  The parties shall meet and confer and by **June 23, 2025**, shall file a joint letter proposing a revised case schedule.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2025
       New York, New York

Copies transmitted this date to all counsel of record.