UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frilando,

Plaintiff,

v.

City of New York,

Defendant.

24-CV-8650 (DEH)

ORDER

DALE E. HO, United States District Judge:

On July 1, 2026, both parties filed motions seeking leave to file motions for summary judgment. ECF Nos. 39 & 40. On July 8, 2026, the Court held a pre-motion conference in which the parties discussed their various positions. The Court finds that there are issues of fact best resolved at a bench trial and the motions are therefore **DENIED**.

By **July 13, 2026**, the parties shall file a joint status letter, not to exceed one page, indicating their availability for trial in October 2026, November 2026, and January 2027. The letter shall also state the estimated length of trial and whether the parties would like a referral to the District's mediation program or to the assigned Magistrate Judge for a settlement conference.

SO ORDERED.

Dated: July 9, 2026
New York, New York

DALE E. HO
United States District Judge