UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Frilando, Plaintiff(s), v. City of New York, Defendant(s). | 24-CV-8650 (DEH) ORDER |

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, the final pretrial conference currently scheduled for November 10, 2026 is **ADJOURNED** to **November 13, 2026** at **2 P.M.** The conference will be held in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Pursuant to Individual Rule 5(a), the parties shall file a joint pretrial statement by **October 30, 2026**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

DALE E. HO
United States District Judge