UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Frilando,

Plaintiff,

v.

City of New York,

Defendant.

24-CV-8650 (DEH) (RWL)

ORDER

DALE E. HO, United States District Judge:

If either party in this case requires access to an interpreter for the final pretrial conference scheduled for November 13, 2026, or the trial scheduled in this case, they are directed to file a letter request on the docket by October 9, 2026.

SO ORDERED.

Dated: October 8, 2026
New York, New York

DALE E. HO
United States District Judge