UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH FRILANDO,

Plaintiff,

v.

CITY OF NEW YORK,

Defendant.

24-CV-8650 (DEH) (RWL)

ORDER

DALE E. HO, United States District Judge:

On October 27, 2026, Defendant City of New York moved to substitute a new witness, Steven Hoffner, for Cherry Bailey. ECF No. 55. Plaintiff is **DIRECTED** to file any response to Defendant's letter motion by **October 29, 2026**.

SO ORDERED.

Dated: October 28, 2026
New York, New York

DALE E. HO
United States District Judge