UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH FRILANDO,

Plaintiff,

v.

CITY OF NEW YORK,

Defendant.

24-CV-8650 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 27, 2026, Defendant City of New York moved to substitute a witness in this case. On October 28, 2026, Plaintiff Kenneth Frilando filed a response in opposition to the City's motion. Counsel for the parties are **ORDERED** to appear for a conference to further discuss the motion on **November 2, 2026, at 11:00 A.M.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Conference ID: 402 100 803, followed by the pound (#) sign.

SO ORDERED.

Dated: October 30, 2026
New York, New York

DALE E. HO
United States District Judge