UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH FRILANDO,

Plaintiff,

v.

CITY OF NEW YORK,

Defendant.

24-CV-8650 (DEH) (RWL)

ORDER

DALE E. HO, United States District Judge:

On November 11, 2026, the parties met for a final pretrial conference. The Court considered Plaintiff's Motion in Limine. ECF No. 60.

For the reasons stated in the record, the Motion in Limine is **GRANTED IN PART** and **DENIED IN PART.** The motion is **GRANTED** as to the admission of exhibits PX-32 through PX-41, PX-50, and PX-56. The motion is **DENIED WITHOUT PREJUDICE** as to the City's direct threat defense. The motion is **DENIED** as moot as to all other issues.

By **November 16, 2026, at 12:00 P.M.,** the parties shall submit an unredacted version of exhibit Def-1 and the planned witness order by email to the Court. By **November 17, 2026,** the parties shall file a joint letter with (1) a list of exhibits to which admission the parties stipulate, (2) a list of exhibits for which the only objections are relevance or prejudice, (3) a proposed schedule for the parties to submit supplemental findings of fact and conclusions of law, and (4) proposed timing for closing arguments.

The Clerk of Court is respectfully directed to close ECF No. 60.

SO ORDERED.

Dated: November 13, 2026
New York, New York

DALE E. HO
United States District Judge